Christopher A. Wright, ABA No. 1301001
CARNEY BADLEY SPELLMAN, P.S.
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020
(206) 467-8215 (Facsimile)
*Attorneys for Plaintiff MacDonald Miller Facility Solutions, Inc.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| MACDONALD-MILLER FACILITY SOLUTIONS, INC., a Washington Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MARSH CREEK, LLC, an Alaska Limited Liability Company, KAKTOVIK TELECOM, LLC, an Alaska Limited Liability Company, and KAKTOVIK TELECOM, LLC, an Alaska Limited Liability Company d/b/a MARSH CREEK, LLC an Alaska Limited Liability Company,<br><br>Defendants. | COMPLAINT FOR BREACH OF CONTRACT AND VIOLATION OF ALASKA'S DISHONORED CHECK STATUTE<br><br>(AS § 09.68.115)<br><br>Case No.: |

COMES NOW Plaintiff, MacDonald-Miller Facility Solutions, Inc. ("MMFS"), by and through its counsel at Carney Badley Spellman, states, alleges and avers as follows:

**JURISDICTIONAL STATEMENT AND PARTIES**

1. This Court has jurisdiction pursuant to 28 U.S.C. §1332, because under the contract at issue entered into between MMFS and Marsh Creek, LLC ("Marsh") MMFS is owed

COMPLAINT FOR BREACH OF CONTRACT AND VIOLATION OF ALASKA'S DISHONORED CHECK STATUTE – 1

CARNEY BADLEY SPELLMAN, P.S.
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

MAC029-0066 5753051

Case 3:19-cv-00143-JWS   Document 1   Filed 05/21/19   Page 1 of 5

a principal subcontract balance of $91,947.00, resulting in the amount in controversy exceeding $75,000.00, exclusive of interest and costs, and diversity exists among the parties.

2. MMFS is a Washington corporation and a licensed registered contractor, with its principle place of business in King County, Washington.

3. Marsh is an Alaska limited liability company, with is principle place of business located in Anchorage County, Alaska.

4. On information and belief, Marsh's two members are at all times mentioned herein were, residents of the State of Alaska.

5. Majority member Kaktovik Inupiat Corp., is an Alaska corporation, with its principle place of business in Kaktovik, Alaska.

6. Minority member SolstenXP, Inc. is an Alaska corporation, with its principle place of business in Anchorage, Alaska.

7. Kaktovik Telecom, LLC ("Kaktovik") is an Alaska limited liability company, with is principle place of business in Anchorage, Alaska.

8. The sole member of Kaktovik Telecom, LLC is Kaktovik Holdings, LLC, an Alaska limited liability company.

9. The sole member of Kaktovik Holdings, LLC is Kaktovik Inupiat Corporation, an Alaska corporation.

10. On information and belief, Kaktovik may have been doing business as Marsh at all relevant times herein, as evidenced by Kaktovik remitting payment for debts due and owed by Marsh pursuant to the contract at issue.

11. This Court has personal jurisdiction over Marsh, because it, and its two members, are residents of the State of Alaska.

12. This Court has personal jurisdiction over Kaktovik, because it, and its sole member, are residents of the State of Alaska.

COMPLAINT FOR BREACH OF CONTRACT AND VIOLATION OF ALASKA'S DISHONORED CHECK STATUTE – 2

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

MAC029-0066 5753051

Case 3:19-cv-00143-JWS   Document 1   Filed 05/21/19   Page 2 of 5

13. This Court has supplemental jurisdiction over the claim asserted herein in Count II arising under the laws of the State of Alaska under 28 U.S.C. § 1367(b), as the claim forms part of the same case or controversy.

14. Venue is proper in this Court pursuant to 28 U.S.C. §1391, sub-sections (a)(1) and (b)(1), because this Court sits in the judicial district in which Marsh resides.

## FACTS

15. On August 17, 2017, MMFS and Marsh entered into a written construction subcontract (the "Subcontract") for certain improvements to the HooDoo Ski Area located in or about Sisters, Oregon (the "Project"). A copy of the Subcontract is attached as **Exhibit A** and made a part of this Complaint.

16. Pursuant to the Subcontract, MMFS provided labor, equipment and materials for the Project, and invoiced Marsh for the work MMFS performed.

17. MMFS fully complied with all of its duties and obligations under the Subcontract.

18. Marsh failed to remit payment to MMFS of $91,947.00 representing the principal balance under the Subcontract when it became due and owed.

19. On January 16, 2019, MMFS, by and through its attorneys, demanded payment of the outstanding principal balance of $91,947.00, interest accrued on the outstanding principal balance calculated at a rate of 12% per anum, and attorney's fees incurred to enforce the payment terms of the Subcontract in the total amount of $96,192.59. A copy of MMFS's January 16, 2019 demand letter is attached as **Exhibit B** and made a part of this Complaint.

20. Marsh admitted that it owed MMFS the principle balance under the Subcontract, and Marsh – on information and belief, by and through Kaktovik as the payor – remitted a check, Check No. 10264, in the amount of $91,947.00, exclusive of the interest accrued and attorney's fees. A copy of Check No. 10264 (the "Check") is attached as **Exhibit C** and made a part of this Complaint.

COMPLAINT FOR BREACH OF CONTRACT AND VIOLATION OF ALASKA'S DISHONORED CHECK STATUTE – 3

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

MAC029-0066 5753051

Case 3:19-cv-00143-JWS   Document 1   Filed 05/21/19   Page 3 of 5

21. Upon receipt of the Check, MMFS, by and through its attorneys, demanded payment of the interest accrued and attorney's fees totaling $4,242.59 to date.

22. After depositing the Check, MMFS was alerted by its banking institution that the Check had been rejected. A copy of the processed return from The Commerce Bank of Washington is attached as **Exhibit D** and made a part of this Complaint.

23. On April 5, 2019, MMFS issued a written demand for payment of the Check, and repeated its demand for payment of interest accrued on the principal balance and attorney's fees. A copy of MMFS's April 5, 2019 Written Demand is attached as **Exhibit E** and made a part of this Complaint.

## COUNT I – BREACH OF CONTRACT AGAINST MARSH

24. MMFS hereby incorporates by reference Paragraphs 1 through 23 above as though fully set forth herein.

25. Marsh has failed and neglected to perform the Subcontract in that Marsh has failed to pay MMFS the Subcontract balance of $91,947.00, interest accrued on the principle balance, and attorney's fees.

26. Marsh has breached the Subcontract, and caused MMFS to sustain contractual damages constituting the principle balance of $91,947.00, plus interest accrued at the rate of 12% per anum, and attorney's fees incurred to enforce the Subcontract.

WHEREFORE, as set forth below, MMFS prays for judgment against Marsh in an amount to be proven at trial.

## COUNT II – VIOLATION OF ALASKA'S DISHONORED CHECK STATUTE AS § 09.68.114 AGAINST MARSH, KAKTOVIK, AND KAKTOVIC d/b/a MARSH

27. MMFS hereby incorporates by reference Paragraphs 1 through 23 as though fully set forth herein.

28. Marsh, Kaktovik, and/or Kaktovik d/b/a Marsh, issued or caused the issuance of the Check in the amount of $91,947.00 that was dishonored.

COMPLAINT FOR BREACH OF CONTRACT AND VIOLATION OF ALASKA'S DISHONORED CHECK STATUTE – 4

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

MAC029-0066 5753051

Case 3:19-cv-00143-JWS   Document 1   Filed 05/21/19   Page 4 of 5

29. MMFS made a written demand for payment of the Check at least 15 days before commencing this action sent via first class mail to the address reflected on the Check advising Kaktovik as the issuer that the Check had been dishonored and explaining the civil penalties set forth in AS §09.68.114. A copy of the Written Demand is attached as Exhibit E.

30. Marsh, Kaktovik, and/or Kaktovik d/b/a Marsh failed to tender, before the commencement of this action, an amount equal to the Check and statutory penalties.

WHEREFORE, as set forth below, MMFS prays for judgment against Marsh, Kaktovik, and/or Kaktovik d/b/a Marsh, and each of them, under AS § 09.68.115(a) for triple the amount of the Check, limited by operation of AS § 09.68.115(a) to a total amount of $92,947.00.

## PRAYER FOR RELIEF

WHEREFORE, MMFS prays for the following relief:

1. Judgment for MMFS and against Defendants for contractual damages sustained as a result of Marsh's breach of the Subcontract in an amount to be proven at trial but not less than $91,947.00;

2. Judgment for prejudgment interest at the rate of 12% per anum;

3. Judgment for MMFS' attorney's fees and costs pursuant to the Subcontract;

4. Damages under AS § 09.68.115(a) in the amount of $92,947.00; and

5. Such other relief as the Court deems just and equitable.

DATED this 17th day of May, 2019.

*s/Christopher A. Wright*
Christopher A. Wright, ABA No. 1301001
CARNEY BADLEY SPELLMAN, P.S.
701 Fifth Avenue, Suite 3600
Seattle, WA 98104
Phone: (206) 622-8020
Facsimile: (206) 467-8215
*Attorneys for Plaintiff MacDonald Miller Facility Solutions, Inc.*

COMPLAINT FOR BREACH OF CONTRACT AND VIOLATION OF ALASKA'S DISHONORED CHECK STATUTE – 5

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

MAC029-0066 5753051

Case 3:19-cv-00143-JWS   Document 1   Filed 05/21/19   Page 5 of 5