# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MACDONALD-MILLER FACILITY SOLUTIONS, INC., a Washington Corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>MARSH CREEK, LLC, an Alaska Limited Liability Company, KAKTOVIK TELECOM, LLC, an Alaska Limited Liability Company, and KAKTOVIK TELECOM, LLC, an Alaska Limited Liability Company d/b/a MARSH CREEK, LLC an Alaska Limited Liability Company,<br><br>  Defendants. | NO. 3:19-cv-00143-JWS<br><br>JUDGMENT AGAINST MARSH CREEK, LLC |

## JUDGMENT SUMMARY

1. Judgment Creditor                  MacDonald Miller Facility Solutions, Inc.

2. Attorney for Judgment Creditor:        Christopher A. Wright
   Carney Badley Spellman, P.S.
   701 5th Avenue, Suite 3600,
   Seattle, WA 98104-7010.

3. Judgment Debtor:                   Marsh Creek, LLC.

4. Attorney for Judgment Debtor:         None Appeared.

5. Principal Judgment Amount:             $91,947.00

6. Pre- Judgment Interest:                 $10,333.32

7. Attorneys' Fees:                        $ _____

JUDGMENT AGAINST MARSH CREEK, LLC – 1
(3:19-cv-00143-JWS)

| | |
|---|---|
| 8. Costs: | $_____ |
| 9. Total Judgment: | $102,280.32 |
| 10. Post- Judgment Interest: | Total Judgment shall bear interest at 12% from date of entry of Judgment until paid in full |

## I. FINDINGS OF FACT AND CONCLUSIONS OF LAW

THIS MATTER was presented to the Court via Plaintiff MacDonald Miller Facility Solutions, Inc.'s ("MMFS") Motion for Default Judgment Against Defendant Marsh Creek, LLC ("Marsh"). In considering Plaintiff's request for the entry of a Judgment against Defendant Marsh, the Court considered the following pleadings

A. Plaintiff's Motion for Default Judgment Against Defendant Marsh ;

B. The Declaration of Stephanie Todd and exhibits thereto;

C. The Declaration of Christopher A. Wright and attached exhibit; and

D. The pleadings, files and records herein;

NOW THEREFORE, the Court deems itself fully advised and hereby makes the following Findings of Facts and Conclusions of Law:

1. The Court has Jurisdiction over the parties and venue is proper in the United States District Court for the District of Alaska pursuant to the Subcontract between the parties and 28 U.S.C. §1391, sub-sections (a)(1) and (b)(1).

2. On August 17, 2017, MMFS and Marsh entered into a written construction subcontract (the "Subcontract") for certain improvements to the HooDoo Ski Area located in or about Sisters, Oregon (the "Project").

3. MMFS provided labor, equipment and materials for the Project, and invoiced Marsh for the work MMFS performed. MMFS fully complied with all of its duties and obligations under the Subcontract. Marsh, however, breached the

Subcontract when it failed to remit payment to MMFS of $91,947.00, which is the principal balance due to MMFS under the Subcontract.

4. MMFS invoiced Marsh for the work (Invoice JC49770, dated 8/31/2018, in the amount of $27,823.00; Invoice JC50225, dated 8/31/2018, in the amount of $34,171.00; and Invoice JC50869, dated 10/30/2018, in the amount of $29,953.00). MMFS then demanded payment of the sum of the outstanding invoices, totaling $91,947.00, plus interest at the contract rate of 12%, and attorney's fees and costs incurred to enforce the payment terms of the Subcontract.

5. Marsh acknowledged that it owed MMFS the principle balance under the Subcontract and, through Defendant Kaktovik Telecom, LLC ("Kaktovik"), remitted a check, Check No. 10264 in the amount of $91,947.00 (the "Check"), the principal amount due MMFS. MMFS attempted to deposit the check and was alerted by its banking institution that the Check was dishonored.

6. On April 5, 2019, MMFS, through its counsel, issued a written demand to Marsh and to Kaktovik for payment of the dishonored Check. When payment was not made, MMFS commenced its lawsuit against Defendant Marsh.

7. On June 19, 2019, MMFS served Defendant Marsh with a copy of the Complaint.

8. Defendant Marsh failed to answer or make and appearance.

9. MMFS filed its Motion for Default against Defendant Marsh on July 30, 2019.

10. On September 5, 2019, the Court issued a Default against Defendant Marsh.

11. MMFS has performed all prerequisites to support its claim such that MMFS is entitled to Judgment against Defendant Marsh for principal contract amount due of $91,947.00.

## III. JUDGMENT

Having determined that the amount claimed by Plaintiff MMFS is for a sum certain and fully supported by the declarations and evidence before it, and having entered Findings of Facts and Conclusions of Law, MMFS's Motion for Default Judgment is GRANTED. Accordingly, the Court hereby awards Plaintiff MacDonald Miller Facility Solutions, Inc. a Judgment against Defendant Marsh Creek, LLC, in the amount of **$102,280.32,** calculated as follows:

1. **Judgment Creditor:** The Judgment Creditor is MacDonald Miller Facility Solutions, Inc.

2. **Judgment Debtor:** The Judgment Debtor is Marsh Creek, LLC

3. **Principal Judgment Amount:** The Principal Judgment Amount in favor the Judgment Creditor and against the Judgment Debtors is $91,947.00.

4. **Pre-Judgment Interest:** Pre-Judgment Interest, totaling $10,333.32, is calculated at the contract rate of 12% per annum from the date the debt became due until the date of the entry of the Judgment (September 26, 2019). Specifically, Pre-Judgment Interest is calculated as follows:

| Invoice # | Invoice Amount | Invoice Date | Due Date | Interest | | |
|---|---|---|---|---|---|---|
| | | | | Daily Rate | No. of Days | Total Interest |
| JC49770 | $27,823.00 | 8/31/2018 | 9/31/2018 | $9.15 | 362 | $3,312.30 |
| JC50225 | $34,171.00 | 9/28/2018 | 10/28/2018 | $11.23 | 334 | $3,750.82 |
| JC50869 | $29,953.00 | 10/30/2018 | 10/30/2018 | $9.85 | 332 | $3,270.20 |
| Total Pre-Judgment Interest | | | | | | **$10,333.32** |

5. **Attorney's Fees:** The attorneys' fees awarded to the Judgment Creditor is reserved.

6. **Costs and Expenses:** The taxable costs and expenses awarded to the Judgment Creditor is reserved.

7. **Post-Judgment Interest:** The sum of the Principal Judgment Amount, Pre-Judgment Interest, Attorney Fees, and Costs shall bear post-judgment interest at the contract rate of 12% from the date of entry of the judgment until paid in full.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that there is no just reason for delay and the Clerk is expressly directed to enter judgment for Plaintiff MacDonald Miller Facility Solutions, Inc. against Defendant Marsh Creek, LLC, in the amount set forth above.

DATED this 20th day of September, 2019.

*s/ John W. Sedwick*
Judge John W. Sedwick