Christopher A. Wright, ABA No. 1301001
CARNEY BADLEY SPELLMAN, P.S.
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020
(206) 467-8215 (Facsimile)
*Attorneys for Plaintiff MacDonald Miller Facility Solutions, Inc.*

Honorable John W. Sedwick

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MACDONALD-MILLER FACILITY SOLUTIONS, INC., a Washington Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MARSH CREEK, LLC, an Alaska Limited Liability Company, KAKTOVIK TELECOM, LLC, an Alaska Limited Liability Company, and KAKTOVIK TELECOM, LLC, an Alaska Limited Liability Company d/b/a MARSH CREEK, LLC an Alaska Limited Liability Company,<br><br>Defendants. | NO. 3:19-cv-00143-JWS<br><br>AFFIDAVIT OF STEVE ARTURO |

I, Steve Arturo, make the following declaration.

1. I, Steve Arturo, am over the age of 18, and am competent to testify to the facts stated in this affidavit. I have personal knowledge of all facts stated in this affidavit.

AFFIDAVIT OF STEVE ARTURO – 1
(3:19-cv-00143-JWS)

MAC029-0066 MMFS Marsh Creek Aff. of Steve Arturo 10 7 2020 FINAL

CARNEY BADLEY SPELLMAN, P.S.
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

Case 3:19-cv-00143-JWS   Document 29   Filed 10/09/20   Page 1 of 3

2. I am the owner of Alaska Court Services, Inc., which is licensed and has been in the business of the service of legal process throughout Alaska since 2003.

3. In the first half of 2019, I had multiple requests from multiple customers to serve Marsh Creek, LLC. For example:

- On March 25th, 2019, I attempted service on Marsh Creek, LLC at 2000 E 88th Ave., Anchorage, Alaska and was told by the receptionist, who identified herself as Ginger but declined to give her full name, that nobody was in the building except her and that she was not authorized to accept service for Marsh Creek.

- On March 28th, 2019, I attempted service on Marsh Creek, LLC at 2000 E 88th Ave., Anchorage, Alaska and again was told by the receptionist Ginger that nobody was in the building except her and that she was not authorized to accept service for Marsh Creek.

- In April 2019, I attempted to serve Marsh Creek's registered agent, Jonathan Ealy at his home, who told me that he is no longer the registered agent for Marsh Creek.

4. On June 7, 2019, Alaska Court Services, Inc. was contacted by Washington Legal Messenger to serve a summons and complaint on Marsh Creek, LLC. for MacDonald Miller Facility Solutions, Inc.

5. On Friday July 5, 2019, between 12:00 noon and 2:00 pm, I and another process server in my office, Lisa Justice, attempted service of the Summons and Complaint on Marsh Creek, LLC at 2000 E 88th Ave., Anchorage. On this occasion, the parking lot was vacant, the office door was locked, there was no indication of anybody being present or operating a business at this address, and nobody answered the door when I knocked. Because of my previous unsuccessful attempts to serve Marsh Creek, LLC at the same address in March of 2019 and because there was nobody present on July 5, 2019 when I attempted service, I concluded that additional attempts to service

AFFIDAVIT OF STEVE ARTURO – 2
(3:19-cv-00143-JWS)

MAC029-0066 MMFS Marsh Creek Aff. of Steve Arturo 10 7 2020 FINAL

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

Case 3:19-cv-00143-JWS   Document 29   Filed 10/09/20   Page 2 of 3

Marsh Creek, LLC and its registered agent at 2000 E 88th Ave. would be futile and returned the Summons and Complaint as unserved.

6. This affidavit is made on the date and at the place noted below.

DATED this 7th day of October, 2020 in Anchorage, Alaska.

_____
Steve Arturo

STATE OF ALASKA )
) ss.
MUNICIPALITY OF ANCHORAGE )

I certify that I know or have satisfactory evidence that Steve Arturo is the person who appeared before me, and said person acknowledged that he/she signed this instrument and acknowledged it to be his/her free and voluntary act for the uses and purposes mentioned in the instrument.

Dated: October 7, 2020



_____
Lisa Justice (Print Name)
Notary Public in and for the State of Alaska, residing at
_____
My Commission Expires: 2-8-22

AFFIDAVIT OF STEVE ARTURO – 3
(3:19-cv-00143-JWS)

MAC029-0066 MMFS Marsh Creek Aff. of Steve Arturo 10 7 2020 FINAL

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020